UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN TOOLING CENTER,
INC., a Michigan corporation,

    Plaintiff,

v.

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
a Connecticut domiciled insurance
company,

    Defendant.
_____/

Case No. 16-12108

Hon. John Corbett O'Meara

## JUDGMENT

Pursuant to the court's August 1, 2017 opinion and order, IT IS HEREBY ORDERED that Defendant's motion for summary judgment is GRANTED, and Plaintiff's motion for summary judgment is DENIED.

Date: August 1, 2017

          DAVID WEAVER
          Clerk, U.S. District Court

          By: s/William Barkholz
          Deputy Clerk

Approved:

s/John Corbett O'Meara
United States District Judge