IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN TOOLING CENTER, INC.,
a Michigan corporation,

    Plaintiff,

vs.                                                                      Case No.: 16-cv-12108

TRAVELERS CASUALTY AND                     Hon.: John Corbett O'Meara
SURETY COMPANY OF AMERICA,
a Connecticut domiciled insurance company,

    Defendant.

_____

**PLAINTIFF'S NOTICE OF APPEAL**
_____

Notice is hereby given that Plaintiff American Tooling Center, Inc., appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment dated August 1, 2017 [Doc. #33]; and the Judgment in favor of Defendant and against Plaintiff dated August 1, 2017 [Doc. #34]; as well as any other adverse orders entered contrary to the interests of Plaintiff.

This Notice of Appeal is given pursuant to Federal Rules of Appellate Procedure (3) and (4) and pursuant to the authorizing statute, 9 U.S.C. § 16(a)(1)(A) and 9 U.S.C. § 16(a)(1)(B).

Respectfully submitted,

Wilson Young PLC

*/s/ Douglas Young*
Douglas Young
Attorneys for Plaintiff
2 Towne Square, Suite 901
Southfield, MI  48076-3769
(313) 983-1235
dyoung@wilsonyoungplc.com
P43808

August 28, 2017

### Certificate of Service

On August 28, 2017, I e-filed with within
document with the Court's electronic filing system
which will send notice of same to all parties of record.

*/s/ Douglas Young*