IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN TOOLING CENTER, INC.,
a Michigan corporation,

    Plaintiff,

vs.                                        Case No.: 16-12108

TRAVELERS CASUALTY AND         Hon. Mark A. Goldsmith
SURETY COMPANY OF AMERICA,
a Connecticut domiciled insurance company,      Mag. Judge Anthony P. Patti

    Defendant.
_____

## STIPULATED ORDER OF DISMISSSAL WITH PREJUDICE

This cause having come before the Court on the parties' stipulation for dismissal with prejudice and without costs to any party and the Court having otherwise being fully advised in the premises;

**IT IS HEREBY ORDERED** that this matter is **DISMISSED** with prejudice and without costs to any party.

SO ORDERED.

Dated: December 4, 2019          s/ Mark A. Goldsmith
        Detroit, MI                Mark A. Goldsmith
                                    U.S. District Judge

Stipulated and agreed to:

| | |
|---|---|
| Y<small>OUNG</small> I<small>NSURANCE</small> L<small>AW</small> | MEAGHER & GEER, P.L.L.P. |
| /s/ *Douglas Young*<br>DOUGLAS YOUNG<br>Attorneys for Plaintiff<br>117 W. 4th Street, Suite 201<br>Royal Oak, MI  48067<br>(313) 983-1235<br>P43808<br>dyoung@younginsurancelaw.com<br><br>Dated: December 3, 2019 | /s/ *Joel Wiegert*<br>JOEL WIEGERT<br>Co-Counsel for Defendant<br>33 South Sixth Street, Suite 4400<br>Minneapolis, MN  55402<br>(612) 347-9162<br>Jwiegert@meagher.com<br><br>Dated: December 3, 2019 |